IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRENDA M. GORDON**, an individual and resident of Oregon and U.S. Citizen, | Civil No. 09-1319-ST |
| Plaintiff, | O R D E R |
| v. | |
| **ARNE DUNCAN**, Secretary of Education, et al., | |
| Defendants. | |

_____

Brenda K. Gordon
16200 SW Pacific Highway, #207
Tigard, Oregon   97224

Pro Se Plaintiff

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 3, 2011. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation dated February 3, 2011 (#55) in its entirety.

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

DATED this ___7th___ day of March, 2011.

       /s/ Garr M. King
       GARR M. KING
       United States District Judge